## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFIA LAWAL, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>THE SPRUCE HOUSE, INC.,<br><br>Defendant. | Civil Case Number: 1:22-cv-08699-KPF |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that a settlement has been reached between Plaintiff and Defendant in this action and the settlement is in the process of being finalized. Once the settlement payment is made, the parties shall file a Notice of Dismissal with prejudice, and without attorneys' fees or costs. Accordingly, it is respectfully requested that the matter be stayed for sixty (60) days and any conferences and deadlines be vacated to allow the parties to execute settlement.

Dated: January 6, 2023

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Fax: (732) 298-6256
Email: YZelman@MarcusZelman.com

*Attorneys for Plaintiff*
*Rafia Lawal*